THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JACK GRUSHKIN, Appellant.

Argued May 19, 1938; decided July 7, 1938.

*Leo H. Klugherz* and *Richard Klugherz* for appellant.

*Thomas E. Dewey,* District Attorney (*Felix C. Benvenga* and *Charles C. Tillinghast, Jr.,* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent *v.* JOHN RYLOWICZ, Appellant.

Argued May 23, 1938; decided July 7, 1938.

*Martin W. Littleton* and *Richard H. Brown* for appellant.
*Edward J. Neary, District Attorney (Philip Huntington* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS LOUGHRAN, FINCH and RIPPEY, JJ.